JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. SCHNEIER, an individual, and the EDWARD & FAY SCHNEIER IRREVOCABLE TRUST 2 (HOWARD ABRAMS, TRUSTEE),<br><br>Plaintiffs,<br><br>v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A), a Michigan corporation,<br><br>Defendant. | CASE NO. 2:23-cv-7037-DSF-MAR<br><br>**ORDER ON STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Honorable Dale S. Fischer<br>United States District Judge |

The Court, having considered the Parties' stipulation and finding good cause therefor, hereby dismisses this matter with prejudice with each side bearing its or their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: March 6, 2024

By: *Dale S. Fischer*
Honorable Dale S. Fischer
United States District Judge